# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

R. ALEXANDER ACOSTA, *Secretary of the United States Department of Labor*,

Plaintiff,

v.

BLUE RIBBON PUB, LLC, *d/b/a* JACKSON'S BLUE RIBBON PUB, THE THIRSTY DUCK, LLC, *d/b/a* THIRSTY DUCK, and DANIEL ZIERATH,

Defendants.

Case No. 17-CV-752-JPS

**ORDER**

This case concerns unpaid minimum wage and overtime compensation under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* (Docket #1). On June 19, 2017, the parties filed a joint proposed consent judgment in this matter. (Docket #2). The parties agree that they should each bear their own costs and attorney's fees. *Id.* at 6. The Court will grant the parties' motion and direct that judgment be entered according to the specific terms set forth in the parties' proposed consent judgment.

Accordingly,

**IT IS ORDERED** that the parties' request for entry of a consent judgment (Docket #2) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of the Court enter judgment in favor of Plaintiff according to the terms set forth in the parties' joint proposed consent judgment (Docket #2); and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED** without costs or fees to any party.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 30th day of June, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge